IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COYLE TRUCKING, INC., a Pennsylvania Corporation, individually and on behalf of all others similarly situated;<br><br>        Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CONTINENTAL INDEMNITY COMPANY, and APPLIED RISK SERVICES, INC.,<br><br>        Defendants. | 8:18CV258<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' stipulation, (Filing No. 26), is approved. Defendants' response to Plaintiff's complaint shall be filed on or before September 4, 2018.

2) Counsel for the parties shall confer and, on or before October 4, 2018, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

3) On or before September 27, 2018 a party shall contact the chambers of the undersigned magistrate judge to set a conference call if:

    a. One or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report; or

b. The parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, or

c. The parties are currently and actively pursuing settlement and believe preparing and filing a Rule 26(f) Report may be unnecessary.

4) Mandatory disclosures shall be served by October 18, 2018.

August 29, 2018

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge