IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COYLE TRUCKING, INC., a Pennsylvania Corporation, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CONTINENTAL INDEMNITY COMPANY, and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | 8:18CV258<br><br>**ORDER** |

As requested in the parties' Rule 26(f) Report,

IT IS ORDERED that all case progression and discovery is stayed pending further order of the court.

November 1, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge