IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COYLE TRUCKING, INC., a Pennsylvania Corporation, individually and on behalf of all others similarly situated;<br><br>        Plaintiff,<br><br>  vs.<br><br>APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CONTINENTAL INDEMNITY COMPANY, and APPLIED RISK SERVICES, INC.,<br><br>        Defendants. | 8:18CV258<br><br>**ORDER** |

IT IS ORDERED that case progression and discovery are no longer stayed pending further order of the court.

Dated this 19th day of March, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge